UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___2/19/09___

COREY ENGLAND & MIDWEST GEMS,          :

                    Plaintiffs,          :          04 Civ. 2370 (DAB) (AJP)

          -against-          :          **ORDER OF DISMISSAL ON CONSENT**

MAT BROTHERS DIAMONDS, INC.          :

                    Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**ANDREW J. PECK, United States Magistrate Judge:**

          The parties having informed the Court that they have reached a settlement

agreement in principle and are finalizing settlement documents (see attached letter), IT IS

HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided,

however, that any party may reinstate the action within 30 days hereof if the settlement is not

fully effectuated.  Any pending motions are to be terminated as moot.

          SO ORDERED.

DATED:          New York, New York
               February 19, 2009

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:          Jacqueline A. Criswell, Esq.
                                        Max Moskowitz, Esq.
                                        Judge Deborah A. Batts

C:\ORD\Dismiss.AJP



Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, Illinois 60606-6399
312/627-4000
Fax 312/627-1717
www.tsmp.com

TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

ATTORNEYS AT LAW

Jackie A. Criswell
312-627-4003
jcriswell@tsmp.com

**RECEIVED**
FEB 18 2009
CHAMBERS OF
ANDREW J. PECK

February 18, 2009

**VIA U.S. MAIL AND FAX – (212) 805-7933**

The Honorable Andrew J. Peck
Magistrate Court Judge
The United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007-1312

  Re: *Corey England and Midwest Gems v. Mat Brothers Diamonds, Inc.*
    Case No. 04 CV 2370
    Our File No. 7881-1

Dear Judge Peck:

Last week counsel advised your clerk that the parties had reached a settlement in principle between Corey England and Midwest Gems, Inc. and Mat Brothers Diamond, Inc. Pursuant to your clerk's request, this letter confirms the agreement of the parties, including my client Mr. England and Midwest Gems, that a dismissal order be entered with leave to reopen within 30 days if the settlement is not finalized.

This also confirms that the status conference that was scheduled for this Monday, February 23, 2009 is cancelled.

       Very truly yours,

       Jackie A. Criswell

JAC:las:339971
Enclosures
cc: Max Moskowitz (via fax – (212) 382-0888)

BOLINGBROOK, ILLINOIS   WHEATON, ILLINOIS   ORANGE COUNTY, CALIFORNIA

LOS ANGELES, CALIFORNIA   NEWARK, NEW JERSEY   NEW YORK, NEW YORK